## Z. S. Mancou and B. R. Mancou, Appellees, v. Trust Company of Chicago et al., Defendant Appellees, S. M. Homan and Rose Y. Homan, Appellants.

Gen. No. 43,701. 

 █ opinion filed April 24, 1946;
released for publication May 10, 1946. Axel Markels, for appellants;
Harry G. Fins, of counsel; Hershenson & Hershenson, for appellees;
Harry A. Biossat, for defendant appellee. Opinion by JUSTICE LEWE.
Not to be published in full.